CORNELIUS W. EVERY, Doing Business as EVERY'S EXPRESS, Appellant, *v.* ALONZO HAVER, INC., Respondent, et al., Defendants.

Submitted May 19, 1952; decided May 29, 1952.

*Theodore P. Feury* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant, within ten days, serves and files an undertaking on appeal and pays $10 costs, in which events motion denied.